riod under Fed.R.App.P. 4(a)(6). This appeal period is "mandatory and jurisdictional." *Browder v. Director, Dep't of Corrections of Illinois,* 434 U.S. 257, 264, 98 S.Ct. 556, 54 L.Ed.2d 521 (1978) (quoting *United States v. Robinson,* 361 U.S. 220, 229, 80 S.Ct. 282, 4 L.Ed.2d 259 (1960)).

■ The district court's order was entered on the docket on August 15, 2000. Parker's notice of appeal was filed on December 28, 2000. Because Parker failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Larry Jenkins, pro se. Scott Newton Schools, Office of the United States Attorney, Charleston, SC, for appellee.

Before WILLIAMS, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Larry Jenkins seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Jenkins,* Nos. CR–96–358; CA–00–2392–3–17 (D.S.C. Nov. 8, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

UNITED STATES of America, Plaintiff–Appellee,

v.

Larry JENKINS, Defendant–Appellant.

No. 00–7754.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 28, 2001.

Decided March 19, 2001.

UNITED STATES of America, Plaintiff–Appellee,

v.

Joyce Torian THOMPSON, Defendant–Appellant.

No. 00–7808.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 28, 2001.

Decided March 19, 2001.